# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>    v.<br><br>JOSE FLORES-VASQUEZ,<br><br>        Defendant/Petitioner. | CIVIL CASE NO. 06CV2458 J<br>CRIM CASE NO. 05CR0800 J<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTION** |

Before the Court is Respondent United States' ("Respondent") Ex Parte Motion for Modification of Briefing Schedule Regarding Petitioner's 28 U.S.C. § 2255 motion. [Civ. Doc. No. 6.] On November 20, 2006, the Court issued an Order to Show Cause why Petitioner's § 2255 motion should not be granted. [Crim. Doc. No. 38.] The Court ordered Respondent to file a written return no later than December 18, 2006. When Respondent failed to file a return by this date, the Court issued an Order to Show Cause why sanctions should not be imposed against Respondent for failure to timely comply with the Court's order. [Crim. Doc. No. 39.] On February 6, 2007, Respondent filed an ex parte motion for an extension of time to respond to Petitioner's Petition. [Civ. Doc. No. 3.] Assistant United States Attorney Carol Trujillo stated in a declaration that she did not receive notification of the Court's orders through the Electronic Case Filing system. The Court ordered Respondent to file a written return by March 9, 2007. [Civ. Doc. No. 4.]

1    Respondent now asserts that Ms. Trujillo, who was originally assigned to this
2 matter, has left the United States Attorney's Office, and that the above-captioned matter
3 was recently reassigned.  Respondent also asserts that it does not yet have the transcripts of
4 Petitioner's plea colloquy and sentencing hearing.  Good cause being shown, the Court
5 **GRANTS** Respondent an extension to file its response to the above-captioned motion until
6 *April 16, 2007*.  It is further ordered that if Petitioner wishes to reply to the return, the
7 traverse must be filed no later than *May 14, 2007*.  No further extensions will be granted to
8 Respondent.

9    **IT IS SO ORDERED.**

10 DATED:  March 5, 2007

11                                      _____
                                         HON. NAPOLEON A. JONES, JR.
12                                      United States District Judge

13 cc: All Parties